U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

DEC 2 7 2007

ROBERT H SHEMWELL, CLERK
BY_____ DEPUTY
     SHREVEPORT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION NO. 07-0950 |
| VERSUS | * | JUDGE MINALDI |
| LINDA G. HEATH aka<br>LINDA BIAGASE aka<br>LINDA G. BIAGASSE | * | MAGISTRATE JUDGE WILSON |

## JUDGMENT

The defendant, having been duly served, more than the required number of days having elapsed, and having failed to plead or otherwise defend, default having been heretofore entered, due proof being made, the law and evidence being in favor hereof;

IT IS ORDERED, ADJUDGED and DECREED that there be judgment in favor of the plaintiff, United States of America, and against the defendant LINDA G. HEATH aka LINDA BIAGASE aka LINDA G. BIAGASSE, as follows:

| | |
|---|---|
| Unpaid principal balance after all payments received | $5,437.43 |
| Accrued interest as of March 29, 2007 at the rate of 8% plus any penalty and/or admin charges | $7,013.22 |
| Plus interest at 8% from March 29, 2007 to date of Judgment | |
| Plus post-judgment interest at the rate pursuant to 28 U.S.C. §1961(a) to be compounded annually. | |

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the defendant pay all costs of this proceeding, including $350.00 filing fees allowed pursuant to 28 U.S.C. 2412(a)(2).

Shreveport, ~~Lake Charles~~, Louisiana, this the 27th day of December, 2007.

_____
UNITED STATES DISTRICT JUDGE

For the Clerk
Robert H. Shemwell